COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:  01-21-00286-CV

Style:  Russell Wayne Goodwin v. Scott Orman Goodwin

Trial Court Case Number:  4511-B

Trial Court:  County Court of Grimes County

Type of Motion:  Objection to Mediation

Party Filing Motion:  Appellee

Appellee has objected to mediation. The Court's mediation order dated June 25, 2021 is withdrawn.

Judge's signature: /s/ Gordon Goodman
                   Acting individually

Date: July 5, 2021

---

*  Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).